# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 05-16598 |
| | § | |
| RICK ALLAN WHITE | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/27/2005. The undersigned trustee was appointed on 04/27/2005.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $302,766.69

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $76,301.17 |
   | Bank service fees | $12,744.40 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $213,721.12 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6.  The deadline for filing non-governmental claims in this case was <u>11/15/2005</u> and the deadline for filing government claims was <u>11/15/2005</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$18,388.33</u>.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$17,000.00</u> as interim compensation and now requests the sum of <u>$827.54</u>, for a total compensation of <u>$17,827.54</u>[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$0.00,</u> for total expenses of <u>$0.00</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>08/26/2014</u>            By:   <u>/s/ Horace Fox, Jr.</u>
                                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1          Exhibit A

| | |
|---|---|
| Case No.: | 05-16598 |
| Case Name: | WHITE, RICK ALLAN |
| For the Period Ending: | 8/26/2014 |

| | |
|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Date Filed (f) or Converted (c): | 04/27/2005 (f) |
| §341(a) Meeting Date: | 05/26/2005 |
| Claims Bar Date: | 11/15/2005 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | cash | $100.00 | $0.00 | | $0.00 | FA |
| 2 | checking account | $45.00 | $0.00 | | $0.00 | FA |
| 3 | Household Goods | $2,500.00 | $2,000.00 | | $0.00 | FA |
| 4 | clothes | $1,000.00 | $0.00 | | $0.00 | FA |
| 5 | 2 watches | $100.00 | $100.00 | | $0.00 | FA |
| 6 | golf clubs | $100.00 | $100.00 | | $0.00 | FA |
| 7 | 1/3 of fathers estate | $0.00 | $1,000.00 | | $0.00 | FA |
| Asset Notes: | Asked J. McArdle to proceed on any interest the debtor may have in his father's estate.  Reviewed the 2004 transcript.  Debtor took nothing from father's estate, but a trust was discovered and will be investigated. | | | | | |
| 8 | contingent remainder estate Liela McCafferty | $0.00 | $299,433.40 | | $299,433.40 | FA |
| Asset Notes: | contingent remainder in the estate of Liela McCafferty 6055 N. Kilpatrick Chgo IL 60646 | | | | | |
| 9 | 1996 Mercedes C-220 | $3,000.00 | $2,000.00 | | $0.00 | FA |
| Asset Notes: | debtor left the jurisdiction, presumably with the vehicle. | | | | | |
| 10 | office equipment | $400.00 | $400.00 | | $0.00 | FA |
| 11 | McAfferty  Real Estate/6055 Kilpatrick Chicago IL 60646 (u) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Debtor lived in deceased's real estate and it was sold.  The disribtuion from the estate represents 22% of the total probate estate.  I need to apportion the distribution between the unscheduled real estate at | | | | | |
| 12 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 13 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 14 | possible interest in trust, discovered as we investigated debtor's interest in his fathers probate estate (u) | $0.00 | $100.00 | | $0.00 | FA |
| Asset Notes: | subpoena issued to trustee and bank.  2004 exam set for 4.14.12  It has been confirmed that debtor was due anything from the White family trust.  See Magnason e-mail of 2.19.14 and declaration, docket 121 indicating no distribution has been made to debtor and that he is due nothing. | | | | | |
| INT | Interest Asset (u) | Unknown | Unknown | | $3,333.29 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | **$7,245.00** | **$305,133.40** | | **$302,766.69** | **$0.00** |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2          Exhibit A

| | |
|---|---|
| **Case No.:** | 05-16598 |
| **Case Name:** | WHITE, RICK ALLAN |
| **For the Period Ending:** | 8/26/2014 |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Date Filed (f) or Converted (c):** | 04/27/2005 (f) |
| **§341(a) Meeting Date:** | 05/26/2005 |
| **Claims Bar Date:** | 11/15/2005 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

   Final report submitted UST 8.15.14.

   Accountant, Lois West employed, 2.4.14  Need affidavit re White trust.  Declaration re: White trust filed 2.20.14.

   Informed by my attorney that debtor was entited to nothing from the trust and took nothing from the trust.  Confirm by affidavit. 11.20.13

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    3        Exhibit A

| Case No.: | 05-16598 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | WHITE, RICK ALLAN | Date Filed (f) or Converted (c): | 04/27/2005 (f) |
| For the Period Ending: | 8/26/2014 | §341(a) Meeting Date: | 05/26/2005 |
| | | Claims Bar Date: | 11/15/2005 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Motion for 2004 examinimation and subpoenas to the trustee and the banks Bank of America and Harris.  2.23.11

Have subpoenaed the bank in the trust to determine if debtor took any value from the trust.  There was previously an objection to the discovery and the subpoena.  We will attempt a telephonic examination, to resolve the objection and the cost issue.  The subpoena has been reissued to determine if debtor took any thing from the Harris Bank Trust. 12.23.11

Tentative date for telephonic examination to determine if debtor took under the trust is 4.14.12. 3.11.12

E-mailed Mr. Sleezer re trust phone examination 4.7.12

E-mailed UST re use of thier video facility in CA for the 2004 exam and informed Mr. Sleezer of availablility.5.2.12

Ms. Silver to provide contact info to J. Sleezer to set up 2004 exam using the closest California office week of 6.18.12  follow-up as to date exam to be conducted. 5.24.12

California 2004 exam cancelled. Now rest for September, in person in Boston. 7.30.12

Sent e-mail to Mr. Sleezer on status of setting the deposition of the trust and Mr. White, who is resisting the 2004 exam.  10.05.12

Have received some of the document for the 2004.  Looking to take video 2004 second week of December re: whether debtor was due funds from trust. 11.30.12

Status report requested on receipt of documents and date for 2004 exam. 1.6.13

Partial document production, 2004 yet to be scheduled. 1.14.13

Motion for authority to serve subpoena on Raymond James Financial Services Inc., and Highpoint Partners LLC set for 2.6.13.  Some documents have been produced, but not all that have been requested. 1.26.13

Order granted allowing issuance of service of subpoena on trust. 2.27.13

Attorney for trust agreed to 2004. ask that it be held in CA UST office 5.9.13

Have only partial compliace with subpoenas issued to White and the financial institution 7.29.13  Do not interrupt filing of or continuance of motion to compel.

Got conditional response to subpoena, subject to payment of 120.00 fee for research( attorney to review and collect docs and paralegal, file and case mgmt).  Noted that subpoena

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   4          Exhibit A

| Case No.: | 05-16598 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | WHITE, RICK ALLAN | | Date Filed (f) or Converted (c): | 04/27/2005 (f) |
| For the Period Ending: | 8/26/2014 | | §341(a) Meeting Date: | 05/26/2005 |
| | | | Claims Bar Date: | 11/15/2005 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

directed to incorrect entity and must be directed to Raymond James Fin Svcs Inc.,

After collection there will be a second invoice, copy, research and delivery overnight. May take up to 30 days after payment both invoices and receipt of corrected subpoena. 8.15.13

One of two financial institutions have responded to the subpoena for documents regarding the Jack White trust. 9.5.13
Must determine value of 1/3 interest of debtor's father's probate estate.

5.22.10 2004 exam of dtr to learn details of father's probate needed.

Debtor has not had contact with ARDC for 5 years, no new address. Search probate records for father's estate. Get debtor's dob from ARDC 6.13.10

Spoke to attorney Gen Kraus and provided him with my notes on the 2004 exam re: debtor's father Jack who died 2.1.02 in Delray FL. 10.11.10

Have followed up on the attorneys with whom White used to office, they did not handle a probate. Have also checked with the Florida probate court to see if there is/was probate opened. 12.20.10 for claims objections, appt of accountant and fees.

Probate file in Fl found is enroute to Scott & Kraus to determine what if anything debtor took from the probate estate of his father. 12.17.10

Attorney, Justin London, proposed attorney for creditor Cato, called saying that Cato wanted to retain London to sue me. Cato alleged that I knew where debtor had secreted 1-2 million in treasury notes. Had long conversation and reviewed the file and asked him to provide me with proof of any assets debtor was hiding. 12.17.10

Claims objections have been filed. Apparently debtor did not take under the will, but the investigation did disclose an '03 trust. Must determine if debtor took under the trust. Suboenas will be issued second week of January 2011.

Instructed counsel to reissue subpoena to which there was objection to determine if debtor took any money from Harris Bank Trust. 9.11
1/3 of fathers' estate is still open and to be administered.

Need to administer father's estate share. Asked Eugene Kraus to research the value of the probate interest.
recieved final distribution from the L. McCafferty estate in amount of $383.69. Must proceed with the White probate estate.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   5          Exhibit A

| Case No.: | 05-16598 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | WHITE, RICK ALLAN | | | Date Filed (f) or Converted (c): | 04/27/2005 (f) |
| For the Period Ending: | 8/26/2014 | | | §341(a) Meeting Date: | 05/26/2005 |
| | | | | Claims Bar Date: | 11/15/2005 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Debtor, former attorney, is the administrator in two estates, the McCafferty estate worth $1.4 million and his father's estate.   The McCafferty reak estate is worth approximately $750,000.00.  I participated in a mediation, in circuit court in an attempt to settle the McCafferty matter, because there is a will contest, contestants are a  4 couples, one of which is a sitting State Court Judge.  This estate could be bled dry by the four couples, who are contesting the most recent will.  The people who benefited from the most recent will are, the debtor and an accountant that he brought into the case.  We proposed a settlement in which the administrator, White, and his attorneys ( paid by the probate estate) would be removed. Since there are 20 plus charities in the new will ( none were in the old will) we intend to reduce the percentage to charities to fund certain specific bequests and monies to the contesting 4 couples.    Negotiate with participants further.  Second motion to approve settlement filed.  Consider action against debtor for waste ( lived in McCafferty home/paid no rent). Have received distribution from the McAfertty probate estate.  Pursue debtor's father's estate.

| Initial Projected Date Of Final Report (TFR): | 02/28/2014 | Current Projected Date Of Final Report (TFR): | 05/14/2014 | /s/ HORACE FOX, JR. |
| | | | | HORACE FOX, JR. |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 05-16598 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | WHITE, RICK ALLAN | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4519 | | | Checking Acct #: | ******9801 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 4/27/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/26/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $258,570.45 | | $258,570.45 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $94.21 | $258,476.24 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $417.10 | $258,059.14 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $429.86 | $257,629.28 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $388.91 | $257,240.37 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $401.71 | $256,838.66 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $414.46 | $256,424.20 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $413.79 | $256,010.41 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $247.26 | $255,763.15 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $386.27 | $255,376.88 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $425.39 | $254,951.49 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $384.87 | $254,566.62 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $410.79 | $254,155.83 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $410.13 | $253,745.70 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $396.26 | $253,349.44 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $448.39 | $252,901.05 |
| 09/13/2012 | 5002 | Horace Fox, Jr. Trustee | order of 9.12.12 allowed 21,662.50  maximum compensation 18221.65 | 2100-000 | | $12,000.00 | $240,901.05 |
| 09/13/2012 | 5003 | Scott & Kraus, LLC | Attorney for trustee fees. | 3210-000 | | $13,074.00 | $227,827.05 |
| 09/13/2012 | 5004 | Scott Kraus, LLC | Attorneys for trustee expenses | 3220-000 | | $1,334.58 | $226,492.47 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $341.19 | $226,151.28 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $364.94 | $225,786.34 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $376.10 | $225,410.24 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $340.27 | $225,069.97 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $363.19 | $224,706.78 |
| 02/05/2013 | 5005 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $266.57 | $224,440.21 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $327.28 | $224,112.93 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $361.65 | $223,751.28 |
| | | | **SUBTOTALS** | | $258,570.45 | $34,819.17 | |

FORM 2

Page No: 2    Exhibit B

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| Case No. | 05-16598 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | WHITE, RICK ALLAN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4519 | Checking Acct #: | ******9801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 4/27/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/26/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $349.41 | $223,401.87 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $383.76 | $223,018.11 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $325.05 | $222,693.06 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $359.35 | $222,333.71 |
| 08/15/2013 | 5006 | Horace Fox | Trustee's First Interim Fees- Order appoving entered 9/12/12- Check was voided and re-issued in the correct amount of 5k | 2100-000 | | $21,662.50 | $200,671.21 |
| 08/15/2013 | 5006 | VOID: Horace Fox | Trustee's First Interim Fees- Order approving entered 9/12/12 | 2100-003 | | ($21,662.50) | $222,333.71 |
| 08/15/2013 | 5007 | Horace Fox | Trustee's First Interim Fees- Order approving entered 9/12/12 | 2100-000 | | $5,000.00 | $217,333.71 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $378.02 | $216,955.69 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $316.22 | $216,639.47 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $349.59 | $216,289.88 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $349.02 | $215,940.86 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $337.22 | $215,603.64 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $370.36 | $215,233.28 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $313.70 | $214,919.58 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $324.44 | $214,595.14 |
| 04/01/2014 | 5008 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $182.52 | $214,412.62 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $334.90 | $214,077.72 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $356.60 | $213,721.12 |
| | | | | **SUBTOTALS** | $0.00 | $10,030.16 | |

Case 05-16598   Doc 124   Filed 09/11/14   Entered 09/11/14 15:40:54   Desc Main

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3          Exhibit B

| | |
|---|---|
| Case No. | 05-16598 |
| Case Name: | WHITE, RICK ALLAN |
| Primary Taxpayer ID #: | **-***4519 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 4/27/2005 |
| For Period Ending: | 8/26/2014 |

| | |
|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Bank Name: | Green Bank |
| Checking Acct #: | ******9801 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $258,570.45 | $44,849.33 | $213,721.12 |
| | | | Less: Bank transfers/CDs | | $258,570.45 | $0.00 | |
| | | | Subtotal | | $0.00 | $44,849.33 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $44,849.33 | |

| For the period of  4/27/2005 to 8/26/2014 | | For the entire history of the account between 07/25/2011 to 8/26/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $258,570.45 | Total Internal/Transfer Receipts: | $258,570.45 |
| | | | |
| Total Compensable Disbursements: | $44,849.33 | Total Compensable Disbursements: | $44,849.33 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $44,849.33 | Total Comp/Non Comp  Disbursements: | $44,849.33 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | |
|---|---|---|---|---|---|
| **Case No.** | 05-16598 | | **Trustee Name:** | Horace Fox, Jr. | |
| **Case Name:** | WHITE, RICK ALLAN | | **Bank Name:** | STERLING BANK | |
| **Primary Taxpayer ID #:** | **-***4519 | | **Certificate of Deposits Acct #:** | ******3722 | |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Certificate of Deposit | |
| **For Period Beginning:** | 4/27/2005 | | **Blanket bond (per case limit):** | $5,000,000.00 | |
| **For Period Ending:** | 8/26/2014 | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 12/18/2007 | | Transfer From  Acct#******6598 | Transfer to Open CD **3722 | 9999-000 | $298,213.26 | | $298,213.26 |
| 01/22/2008 | | Transfer To Acct#******6598 | Transfer to Cover Checks, 43,032.62 fee Kraus,  and expenses 249.09, total 43,281.71 | 9999-000 | | $43,281.71 | $254,931.55 |
| 02/16/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $531.01 | | $255,462.56 |
| 04/08/2008 | (8) | Estate Of Lela McCafferty Deceased Theodore Rodes, Jr. Special Admin. | final distribution from probate estate of L. McCafferty | 1149-000 | $383.69 | | $255,846.25 |
| 04/16/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $314.14 | | $256,160.39 |
| 06/15/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $294.75 | | $256,455.14 |
| 08/14/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $289.47 | | $256,744.61 |
| 10/13/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $211.02 | | $256,955.63 |
| 12/12/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $211.19 | | $257,166.82 |
| 02/10/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $190.23 | | $257,357.05 |
| 04/11/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $130.08 | | $257,487.13 |
| 06/10/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $105.81 | | $257,592.94 |
| 08/09/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $105.85 | | $257,698.79 |
| 10/08/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $84.72 | | $257,783.51 |
| 12/07/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $84.75 | | $257,868.26 |
| 02/05/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $84.77 | | $257,953.03 |
| 04/06/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $169.61 | | $258,122.64 |
| 06/05/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $84.86 | | $258,207.50 |
| 08/04/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $64.37 | | $258,271.87 |
| 10/03/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $21.22 | | $258,293.09 |
| 12/02/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $21.22 | | $258,314.31 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $21.23 | | $258,335.54 |
| 04/01/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $21.22 | | $258,356.76 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $21.23 | | $258,377.99 |
| 07/21/2011 | (INT) | STERLING BANK | Account Closing Interest As Of 7/21/2011 | 1270-000 | $18.05 | | $258,396.04 |
| 07/21/2011 | | Transfer To: MMA # ******6598 | Transfer to Close Account | 9999-000 | | $258,396.04 | $0.00 |

| | | | **SUBTOTALS** | | $301,677.75 | $301,677.75 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No. | 05-16598 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | WHITE, RICK ALLAN | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***4519 | | Certificate of Deposits Acct #: | ******3722 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Certificate of Deposit |
| For Period Beginning: | 4/27/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/26/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $301,677.75 | $301,677.75 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $298,213.26 | $301,677.75 | |
| | | | **Subtotal** | | $3,464.49 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,464.49 | $0.00 | |

| For the period of 4/27/2005 to 8/26/2014 | | For the entire history of the account between 12/18/2007 to 8/26/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,464.49 | Total Compensable Receipts: | $3,464.49 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,464.49 | Total Comp/Non Comp Receipts: | $3,464.49 |
| Total Internal/Transfer Receipts: | $298,213.26 | Total Internal/Transfer Receipts: | $298,213.26 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $301,677.75 | Total Internal/Transfer Disbursements: | $301,677.75 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 05-16598 | |
| Case Name: | WHITE, RICK ALLAN | |
| Primary Taxpayer ID #: | **-***4519 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 4/27/2005 | |
| For Period Ending: | 8/26/2014 | |

| | |
|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Bank Name: | BANK OF AMERICA |
| Money Market Acct #: | ******8453 |
| Account Title: | MONEY MARKET |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/24/2007 | (8) | EST. OF LELA MCCAFFERTY DECEASED | probate estate(incl re sale) | 1149-000 | $275,000.00 | | $275,000.00 |
| 10/31/2007 | (INT) | BANK OF AMERICA | OCTOBER 2007 INTEREST | 1270-000 | $16.61 | | $275,016.61 |
| 11/08/2007 | (INT) | BANK OF AMERICA | Interest Earned For November 2007 | 1270-000 | $34.28 | | $275,050.89 |
| 11/08/2007 | | Sterling Bank | Transfer Funds | 9999-000 | | $275,050.89 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| **TOTALS:** | $275,050.89 | $275,050.89 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $275,050.89 | |
| **Subtotal** | $275,050.89 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $275,050.89 | $0.00 | |

| For the period of 4/27/2005 to 8/26/2014 | | For the entire history of the account between 10/24/2007 to 8/26/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $275,050.89 | Total Compensable Receipts: | $275,050.89 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $275,050.89 | Total Comp/Non Comp Receipts: | $275,050.89 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $275,050.89 | Total Internal/Transfer Disbursements: | $275,050.89 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-16598 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | WHITE, RICK ALLAN | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***4519 | | Checking Acct #: | ******6598 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/27/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/26/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/22/2008 | | Transfer From  Acct#**3722 | Transfer to Cover Checks | 9999-000 | $43,281.71 | | $43,281.71 |
| 01/22/2008 | 1 | Scott Kraus, LLC | Fees for Order Entered December 19, 2007 fees and expenses | 3210-000 | | $43,032.62 | $249.09 |
| 01/22/2008 | 2 | Scott Krause, LLC. | Expenses for order entered December 19, 2007 | 3220-000 | | $249.09 | $0.00 |
| 04/02/2008 | | Transfer From MMA # ******6598 | Transfer For Bond Payment | 9999-000 | $273.86 | | $273.86 |
| 04/02/2008 | 3 | International Sureties, LTD. | Bond Payment | 2300-000 | | $273.86 | $0.00 |
| 04/02/2009 | | Transfer From MMA # ******6598 | Transfer For Bond Payment | 9999-000 | $187.27 | | $187.27 |
| 04/02/2009 | | Transfer From MMA # ******6598 | Transfer For Bond Payment | 9999-000 | $187.27 | | $374.54 |
| 04/02/2009 | | Transfer To Acct#******6598 | transfer back to money market of dup $ 187.27 | 9999-000 | | $187.27 | $187.27 |
| 04/02/2009 | 4 | International Sureties, LTD. | Bond Payment | 2300-000 | | $187.27 | $0.00 |
| 04/02/2009 | 4 | VOID: International Sureties, LTD. | voided check to bond co. Int'l Sureties | 2300-003 | | ($187.27) | $187.27 |
| 04/02/2009 | 5 | International Sureties, LTD. | Bond Payment | 2300-000 | | $187.27 | $0.00 |
| 04/28/2010 | | Transfer From MMA # ******6598 | Transfer For Bond Payment | 9999-000 | $221.75 | | $221.75 |
| 04/28/2010 | 6 | International Sureties, LTD. | Bond Payment | 2300-000 | | $221.75 | $0.00 |
| 03/02/2011 | | Transfer From MMA # ******6598 | Transfer For Bond Payment | 9999-000 | $231.65 | | $231.65 |
| 03/02/2011 | 7 | International Sureties, Ltd. | Bond Payment - No. 01-6026455 | 2300-000 | | $231.65 | $0.00 |

| | | | SUBTOTALS | $44,383.51 | $44,383.51 |

Page No: 8

Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 05-16598 |
| **Case Name:** | WHITE, RICK ALLAN |
| **Primary Taxpayer ID #:** | **-***4519 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 4/27/2005 |
| **For Period Ending:** | 8/26/2014 |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Bank Name:** | STERLING BANK |
| **Checking Acct #:** | ******6598 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $44,383.51 | $44,383.51 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $44,383.51 | $187.27 | |
| | | | **Subtotal** | | $0.00 | $44,196.24 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $44,196.24 | |

| **For the period of  4/27/2005 to 8/26/2014** | | **For the entire history of the account between 01/18/2008 to 8/26/2014** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $44,383.51 | Total Internal/Transfer Receipts: | $44,383.51 |
| | | | |
| Total Compensable Disbursements: | $44,196.24 | Total Compensable Disbursements: | $44,196.24 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $44,196.24 | Total Comp/Non Comp  Disbursements: | $44,196.24 |
| Total Internal/Transfer  Disbursements: | $187.27 | Total Internal/Transfer  Disbursements: | $187.27 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-16598 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | WHITE, RICK ALLAN | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***4519 | | Money Market Acct #: | ******6598 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 4/27/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/26/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $275,050.89 | | $275,050.89 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $112.66 | | $275,163.55 |
| 12/14/2007 | (8) | Theodore Rodes, Jr. Special Admin. | distribution, McCafferty probate estate | 1149-000 | $24,049.71 | | $299,213.26 |
| 12/18/2007 | | Transfer To Acct#******6598 | Transfer to Open CD **3722 | 9999-000 | | $298,213.26 | $1,000.00 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $83.53 | | $1,083.53 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.52 | | $1,084.05 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.43 | | $1,084.48 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.42 | | $1,084.90 |
| 04/02/2008 | | Transfer To # ******6598 | Transfer For Bond Payment | 9999-000 | | $273.86 | $811.04 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.27 | | $811.31 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.27 | | $811.58 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.27 | | $811.85 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.26 | | $812.11 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.21 | | $812.32 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.20 | | $812.52 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.16 | | $812.68 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.10 | | $812.78 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.09 | | $812.87 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.07 | | $812.94 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.06 | | $813.00 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.05 | | $813.05 |
| 04/02/2009 | | Transfer From Acct#******6598 | transfer money market to checking for bond payment | 9999-000 | $187.27 | | $1,000.32 |
| 04/02/2009 | | Transfer To # ******6598 | Transfer For Bond Payment | 9999-000 | | $187.27 | $813.05 |
| 04/02/2009 | | Transfer To # ******6598 | Transfer For Bond Payment | 9999-000 | | $187.27 | $625.78 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.03 | | $625.81 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.03 | | $625.84 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.03 | | $625.87 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.03 | | $625.90 |
| | | | **SUBTOTALS** | | $299,487.56 | $298,861.66 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No. | 05-16598 | | | Trustee Name: | Horace Fox, Jr. | |
| Case Name: | WHITE, RICK ALLAN | | | Bank Name: | STERLING BANK | |
| Primary Taxpayer ID #: | **-***4519 | | | Money Market Acct #: | ******6598 | |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MMA | |
| For Period Beginning: | 4/27/2005 | | | Blanket bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 8/26/2014 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.03 | | $625.93 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.03 | | $625.96 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.03 | | $625.99 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.03 | | $626.02 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.03 | | $626.05 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.03 | | $626.08 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.02 | | $626.10 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.03 | | $626.13 |
| 04/28/2010 | | Transfer To  # ******6598 | Transfer For Bond Payment | 9999-000 | | $221.75 | $404.38 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.02 | | $404.40 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.02 | | $404.42 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.02 | | $404.44 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.02 | | $404.46 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.02 | | $404.48 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.02 | | $404.50 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.02 | | $404.52 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.02 | | $404.54 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.02 | | $404.56 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.02 | | $404.58 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.02 | | $404.60 |
| 03/02/2011 | | Transfer To  # ******6598 | Transfer For Bond Payment | 9999-000 | | $231.65 | $172.95 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.01 | | $172.96 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.01 | | $172.97 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.01 | | $172.98 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.01 | | $172.99 |
| 07/21/2011 | | Transfer From: Certificate of Deposit # **3722 | Transfer to Close Account | 9999-000 | $258,396.04 | | $258,569.03 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $1.42 | | $258,570.45 |
| | | | **SUBTOTALS** | | $258,397.95 | $453.40 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No.** | 05-16598 | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | WHITE, RICK ALLAN | **Bank Name:** | STERLING BANK |
| **Primary Taxpayer ID #:** | **-***4519 | **Money Market Acct #:** | ******6598 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | MMA |
| **For Period Beginning:** | 4/27/2005 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/26/2014 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $258,570.45 | $0.00 |
| | | | **TOTALS:** | | $557,885.51 | $557,885.51 | $0.00 |
| | | | Less: Bank transfers/CDs | | $533,634.20 | $557,885.51 | |
| | | | **Subtotal** | | $24,251.31 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $24,251.31 | $0.00 | |

| For the period of  4/27/2005 to 8/26/2014 | | For the entire history of the account between 11/08/2007 to 8/26/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $24,251.31 | Total Compensable Receipts: | $24,251.31 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,251.31 | Total Comp/Non Comp Receipts: | $24,251.31 |
| Total Internal/Transfer Receipts: | $533,634.20 | Total Internal/Transfer Receipts: | $533,634.20 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 | Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $557,885.51 | Total Internal/Transfer  Disbursements: | $557,885.51 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 05-16598 |
| Case Name: | WHITE, RICK ALLAN |
| Primary Taxpayer ID #: | **-***4519 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 4/27/2005 |
| For Period Ending: | 8/26/2014 |

| | |
|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Bank Name: | STERLING BANK |
| Money Market Acct #: | ******6598 |
| Account Title: | MMA |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $302,766.69 | $89,045.57 | $213,721.12 |

| For the period of 4/27/2005 to 8/26/2014 | | For the entire history of the case between 04/27/2005 to 8/26/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $302,766.69 | Total Compensable Receipts: | $302,766.69 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $302,766.69 | Total Comp/Non Comp Receipts: | $302,766.69 |
| Total Internal/Transfer Receipts: | $1,134,801.42 | Total Internal/Transfer Receipts: | $1,134,801.42 |
| | | | |
| Total Compensable Disbursements: | $89,045.57 | Total Compensable Disbursements: | $89,045.57 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $89,045.57 | Total Comp/Non Comp Disbursements: | $89,045.57 |
| Total Internal/Transfer Disbursements: | $1,134,801.42 | Total Internal/Transfer Disbursements: | $1,134,801.42 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

CLAIM ANALYSIS REPORT   Page No: 1   Exhibit C

| Case No. | 05-16598 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | WHITE, RICK ALLAN | | Date: | 8/26/2014 |
| Claims Bar Date: | 11/15/2005 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX<br><br>6 EAST MONROE<br>SUITE 1004<br>CHICAGO IL 60603 | 11/05/2010 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $18,388.33 | $18,388.33 | $17,000.00 | $0.00 | $0.00 | $1,388.33 |

**Claim Notes:** order of 9.12.12 allowed 21,662.50  maximum compensation 17000.00

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, JR.<br>6 East Monroe<br>Suite 1004<br>Chicago IL 60603 | 05/21/2014 | Trustee Expense | Allowed | 2200-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| * 1B | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>100 W. Randolph St., Level 7-400<br>Chicago IL 60601 | 08/23/2005 | Secured Claims | Allowed | 4800-000 | $0.00 | $15,100.06 | $15,100.06 | $0.00 | $0.00 | $0.00 | $15,100.06 |

**Claim Notes:** (1-1) Illinois Income Tax,secured, claim objection filed as to 1 a only.  Objection denied.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3B | DEPARTMENT OF THE TREASURY - IRS<br>230 S Dearborn<br>Stop 5016-CHI<br>Chicago IL 60604 | 10/17/2005 | Secured Claims | Allowed | 4800-070 | $0.00 | $191,547.70 | $191,547.70 | $0.00 | $0.00 | $0.00 | $191,547.70 |
| | GENE KRAUS<br><br>150 S. Wacker, Suite 2900<br>Chicago IL 60610 | 01/22/2008 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $1,583.67 | $1,583.67 | $1,583.67 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Order Entered December 19,2007 Expenses of 249.09 and September 12, 2012 of $1334.58

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GENE KRAUS<br><br>150 South Wacker Dr, Suite 2900<br>Chicago IL 60610 | 01/22/2008 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $66,539.20 | $64,313.82 | $56,106.62 | $0.00 | $0.00 | $8,207.20 |

**Claim Notes:** Order Entered Decemeber 19, 2007

* There is an objection filed for this claim

Case 05-16598   CLAIM ANALYSIS REPORT   Page No: 2       Exhibit C

| Case No. | 05-16598 | | | | | | | Trustee Name: | | Horace Fox, Jr. | | |
| Case Name: | WHITE, RICK ALLAN | | | | | | | Date: | | 8/26/2014 | | |
| Claims Bar Date: | 11/15/2005 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1A | ILLINOIS DEPARTMENT OF REVENUE<br><br>Bankruptcy Section<br>100 W. Randolph St., Level 7-400<br>Chicago IL 60601 | 08/23/2005 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $86.00 | $86.00 | $0.00 | $0.00 | $0.00 | $86.00 |

**Claim Notes:** (1-1) Illinois Income Tax, unsecured priority, 507 8 a

Claim objection to 1 a denied, 12.21.1010

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3A | DEPARTMENT OF THE TREASURY - IRS<br><br>230 S Dearborn<br>Stop 5016-CHI<br>Chicago IL 60604 | 10/17/2005 | Claims of Governmental Units - 507( | Amended | 5800-000 | $0.00 | $22,455.06 | $22,455.06 | $0.00 | $0.00 | $0.00 | $22,455.06 |

**Claim Notes:** priority 507 a 8, tax claim

| 1 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>100 W. Randolph St., Level 7-400<br>Chicago IL 60601 | 08/23/2005 | General Unsecured 726(a)(2) | Amended | 7100-000 | $0.00 | $7,822.13 | $7,822.13 | $0.00 | $0.00 | $0.00 | $7,822.13 |

**Claim Notes:** (1-1) Illinois Income Tax

| 2 | ECAST SETTLEMENT CORPORATION, ASSIGNEE OF<br> HSBC Bank Nevada NA / HSBC Card<br>Services III<br>P.O. Box 35480<br>Newark NJ 07193-5480 | 10/18/2005 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $865.01 | $865.01 | $0.00 | $0.00 | $0.00 | $865.01 |
| 3 | DEPARTMENT OF THE TREASURY - IRS<br>230 S Dearborn<br>Stop 5016-CHI<br>Chicago IL 60604 | 10/17/2005 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $256,340.86 | $256,340.86 | $0.00 | $0.00 | $0.00 | $256,340.86 |

CLAIM ANALYSIS REPORT                                                                 Page No: 3                    Exhibit C

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case No. | 05-16598 | | | | Trustee Name: | Horace Fox, Jr. | |
| Case Name: | WHITE, RICK ALLAN | | | | Date: | 8/26/2014 | |
| Claims Bar Date: | 11/15/2005 | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | STANLEY A. KOY<br><br>Agent; Donald L. Johnson PC<br>33 N. Dearborn St.<br>Suite 1401<br>Chicago IL 60602 | 10/24/2005 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,413,349.00 | $2,413,349.00 | $0.00 | $0.00 | $0.00 | $2,413,349.00 |
| 5 | LUIS CATO AKA LEWIS CATO, AGENT<br>Jeffrey M Landry<br>79 W Monroe St<br>Ste 1210<br>Chicago IL 60603 | 11/14/2005 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $523,682.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | claim obj 12.21.10. denied. | | | | | | | | | | | |
| 6 | FRANKLYN PHILIP, 222 STANHOP DR., WILLOWBROOK IL 60527<br>Willowbrook IL 60527-2956 | 11/14/2005 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $1,600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | claim obj set 12.21.10, denied 12.24.10. | | | | | | | | | | | |
| 8 | LEWIS CATO, ATTORNEY FRIEDMAN & WEXLER<br>500 W. Madison St.,suite 2910<br>Chicago IL 60661 | 05/03/2007 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $496,854.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | disallowed, see court order of 06.12.07 | | | | | | | | | | | |
| 9 | LEWIS CATO, ATTORNE, FRIEDMAN & WEXLER<br>500 W. Madison St.,suite 2910<br>Chicago IL 60661 | 05/03/2007 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $496,854.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | disallowed, see court order of 06.12.07 | | | | | | | | | | | |

Case 05-16598   Doc 124   Filed 09/11/14   Entered 09/11/14 15:40:54   Desc Main   Page No: 4   Exhibit C
CLAIM ANALYSIS REPORT

| Case No. | 05-16598 | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | WHITE, RICK ALLAN | | | | | | Date: | 8/26/2014 |
| Claims Bar Date: | 11/15/2005 | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | COLLEN GOLD, ATTORNEY FOREST INGRAM PC, 79 W. MONROE ST # 1210 CHGO IL 60603 | 11/16/2005 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $0.00 | $250,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   (7-1) Legal malpractice, tardy.
Objected to and subordinated pursuant to 726 a 3

| 10 | LEWIS CATO, FRIEDMAN & WEXLER 500 W. Madison St.,suite 2910 Chicago IL 60661 | 01/09/2008 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $0.00 | $496,854.79 | $496,854.79 | $0.00 | $0.00 | $0.00 | $496,854.79 |

**Claim Notes:**   (10-2) amended claim, tardy, pay only after all timely filed claims this type.  Objection set 12.21.10, denied without prejudice.

| 11 | LUIS CATOC/O JEFFRY M. LANDRY, ATTORNEY 351 W. Hubbard Chicago IL 60654 | 08/25/2014 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $0.00 | $423,375.34 | $423,375.34 | $0.00 | $0.00 | $0.00 | $423,375.34 |

**Claim Notes:**   late filed unsecured claim, amended 10

| | | | | | | $5,683,298.92 | $3,912,081.77 | $74,690.29 | $0.00 | $0.00 | $3,837,391.48 |

CLAIM ANALYSIS REPORT                                                      Page No: 5        Exhibit C

| | | | |
|---|---|---|---|
| **Case No.** | 05-16598 | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | WHITE, RICK ALLAN | **Date:** | 8/26/2014 |
| **Claims Bar Date:** | 11/15/2005 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Other Firm) | $1,583.67 | $1,583.67 | $1,583.67 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Other Firm) | $66,539.20 | $64,313.82 | $56,106.62 | $0.00 | $0.00 | $8,207.20 |
| Claims of Governmental Units - 507( | $22,541.06 | $22,541.06 | $0.00 | $0.00 | $0.00 | $22,541.06 |
| General Unsecured 726(a)(2) | $4,197,368.77 | $2,678,377.00 | $0.00 | $0.00 | $0.00 | $2,678,377.00 |
| Secured Claims | $206,647.76 | $206,647.76 | $0.00 | $0.00 | $0.00 | $206,647.76 |
| Tardy General Unsecured 726(a)(3) | $1,170,230.13 | $920,230.13 | $0.00 | $0.00 | $0.00 | $920,230.13 |
| Trustee Compensation | $18,388.33 | $18,388.33 | $17,000.00 | $0.00 | $0.00 | $1,388.33 |
| Trustee Expense | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       05-16598
Case Name:      RICK ALLAN WHITE
Trustee Name:   Horace Fox, Jr.

Balance on hand:        $213,721.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1B | Illinois Department of Revenue | $15,100.06 | $15,100.06 | $0.00 | $15,100.06 |
| 3B | Department of the Treasury - IRS | $191,547.70 | $191,547.70 | $0.00 | $191,547.70 |

Total to be paid to secured creditors:        $206,647.76
Remaining balance:        $7,073.36

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Trustee Fees | $18,388.33 | $17,000.00 | $827.54 |
| Gene Kraus, Attorney for Trustee Fees | $64,313.82 | $56,106.62 | $6,245.82 |

Total to be paid for chapter 7 administrative expenses:        $7,073.36
Remaining balance:        $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:        $0.00
Remaining balance:        $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $86.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | Illinois Department of Revenue | $86.00 | $0.00 | $0.00 |
| 3A | Department of the Treasury - IRS | $22,455.06 | $0.00 | $0.00 |

Total to be paid to priority claims:  $0.00
Remaining balance:  $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,678,377.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Illinois Department of Revenue | $7,822.13 | $0.00 | $0.00 |
| 2 | eCAST Settlement Corporation, assignee of | $865.01 | $0.00 | $0.00 |
| 3 | Department of the Treasury - IRS | $256,340.86 | $0.00 | $0.00 |
| 4 | Stanley A. Koy | $2,413,349.00 | $0.00 | $0.00 |
| 5 | Luis Cato aka Lewis Cato, agent | $0.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:  $0.00
Remaining balance:  $0.00

Tardily filed claims of general (unsecured) creditors totaling $920,230.13 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 10 | Lewis Cato, Friedman & Wexler | $496,854.79 | $0.00 | $0.00 |
| 11 | Luis Cato c/o Jeffry M. Landry, attorney | $423,375.34 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims:     $0.00

Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:     $0.00

Remaining balance:     $0.00