# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 05-16598 |
| | § | |
| RICK ALLAN WHITE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 10/21/2014, in Courtroom 744, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/15/2014        By: /s/ Horace Fox, Jr.
                                   Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §  Case No. 05-16598
    §
RICK ALLAN WHITE  §
    §
    §
    Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $302,766.69
*and approved disbursements of*  $89,045.57
*leaving a balance on hand of$^1$:*  $213,721.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1B | Illinois Department of Revenue | $15,100.06 | $15,100.06 | $0.00 | $15,100.06 |
| 3B | Department of the Treasury - IRS | $191,547.70 | $191,547.70 | $0.00 | $191,547.70 |

Total to be paid to secured creditors:  $206,647.76
Remaining balance:  $7,073.36

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Trustee Fees | $18,388.33 | $17,000.00 | $827.54 |
| Gene Kraus, Attorney for Trustee Fees | $64,313.82 | $56,106.62 | $6,245.82 |

Total to be paid for chapter 7 administrative expenses:  $7,073.36
Remaining balance:  $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $86.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | Illinois Department of Revenue | $86.00 | $0.00 | $0.00 |
| 3A | Department of the Treasury - IRS | $22,455.06 | $0.00 | $0.00 |

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,678,377.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Illinois Department of Revenue | $7,822.13 | $0.00 | $0.00 |
| 2 | eCAST Settlement Corporation, assignee of | $865.01 | $0.00 | $0.00 |
| 3 | Department of the Treasury - IRS | $256,340.86 | $0.00 | $0.00 |
| 4 | Stanley A. Koy | $2,413,349.00 | $0.00 | $0.00 |
| 5 | Luis Cato aka Lewis Cato, agent | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid to timely general unsecured claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $920,230.13 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 10 | Lewis Cato, Friedman & Wexler | $496,854.79 | $0.00 | $0.00 |
| 11 | Luis Cato c/o Jeffry M. Landry, attorney | $423,375.34 | $0.00 | $0.00 |

| | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | Total to be paid for subordinated claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

 

| | Prepared By: | /s/ Horace Fox, Jr. |
|---|---|---|
| | | Trustee |

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

**UST Form 101-7-NFR (10/1/2010)**

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                          Case No. 05-16598-ERW
Rick Allan White                                                Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1         User: gbeemster            Page 1 of 2         Date Rcvd: Sep 16, 2014
                             Form ID: pdf006            Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2014.
db           +Rick Allan White,    6055 North Kilpatrick,    Chicago, IL 60646-5815
9346048      +AT&T,    2508 W Route 120,    McHenry, IL 60051-4712
9346044      +American Legal Forms,    179 W Washington,    Chicago, IL 60602-2302
9346039      +Assoc in Internal Medicine,    211 E Chicago Avenue,    Ste 1050,    Chicago, IL 60611-2661
9346034      +Carolyn Hogan,    15 E Maple Street,    Lombard, IL 60148-2641
9346051      +Cheryl Geist,    28929 W South St,    Spring Grove, IL 60081-9323
9346050       Chicago Tribune,    POB 66415,    Chicago, IL 60666-0415
9346046      +Collen Gold,    Forest L Ingram PC,    79 W Monroe St    #1210,    Chicago, IL 60603-4936
9346040      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial,    POB 5292,    Carol Stream, IL   60197)
9346033      +Daniel Bobo,    2653 Broadway St,    Gary, IN 46407-3607
9346038      +FED EX,    POB 94515,    Palatine, IL 60094-4515
9346053      +Franklyn Philip,    222 Stanhop Drive,    Willowbrook, IL 60527-2956
9287527      +Household Credit Services,    POB 17051,    Baltimore, MD 21297-1051
9719188      ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                CHICAGO IL 60664-0338
               (address filed with court: Illinois Department of Revenue,    Bankruptcy Section,
                100 W. Randolph St., Level 7-400,    Chicago, IL 60601)
9346027       Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,   Chicago, IL 60664-0338
9346028      +John Grey (Estate of),    5536 W Hutchinson,    Chicago, IL 60641-1318
9346030      +Johnny Mims,    1537 Garfield,    Gary, IN 46404-2724
9346036      +Lake County Mental Health,    3012 Grand Ave,    Waukegan, IL 60085-2321
9346043      +Law Bulletin,    415 N State Street,    Chicago, IL 60654-4674
11344729     +Lewis Cato,    500 W. Madison St.,suite 2910,    Chicago, IL 60661-4571
9346032      +Lewis Cato,    1646 Clarence,    Berwyn, IL 60402-5023
10481113     +Luis Cato aka Lewis Cato,    Jeffrey M Landry,    351 W Hubbard St, #800,
                Chicago, IL 60654-4482
9346045      +Luis Perez,    5847 W School,    Chicago, IL 60634-4307
9346041      +M Power,    POB 36430,    Las Vegas, IL 89133-6430
9346052      +Patricia Ward,    600 S Dearborn,    Chicago, IL 60605-1821
9346049       Peoples Gas,    POB 0,    Chicago, IL 60690-3991
9346029      +Robert Williams,    8600 Lillibeth,    Morton Grove, IL 60053-3123
9346035       SBC,    POB 5072,    Saginaw, MI   48605
9346037      +Spherion,    POB 100186,    Atlanta, GA 30384-0186
9346031       Stan Koy,    1383 Kenilworth Court,    Riverwoods, IL   60015
10475062     +Stanley A. Koy,    % Donald L. Johnson PC,    33 N. Dearborn St.,    Suite 1401,
                Chicago, IL 60602-3874
9346042      +Sullivans Law,    1360 Abbott Court,    Buffalo Grove, IL 60089-2378
9346026       US Treasury Department,    IRS,    Kansas City, MO
10410334      eCAST Settlement Corporation, assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
                P.O. Box 35480,    Newark, NJ   07193-5480
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9346047       E-mail/Text: legalcollections@comed.com Sep 17 2014 01:36:41      ComEd,
                Chicago, IL   60668-0001
10414397      E-mail/Text: cio.bncmail@irs.gov Sep 17 2014 01:34:12      Department of the Treasury - IRS,
                230 S Dearborn,    Stop 5016-CHI,    Chicago, IL 60604
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10752908*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court: Department of the Treasury-Internal Revenue Servic,
                Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
                                                                                      TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2014                                       Signature: /s/Joseph Speetjens

```
District/off: 0752-1            User: gbeemster             Page 2 of 2                  Date Rcvd: Sep 16, 2014
                                Form ID: pdf006             Total Noticed: 36
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2014 at the address(es) listed below:
          Eugene S. Kraus    on behalf of Trustee Horace  Fox, JR ekraus@skcounsel.com
          Forrest L Ingram    on behalf of Creditor Colleen  Gold fingram@fingramlaw.com
          Horace  Fox, JR    foxhorace@aol.com,
           hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
          Horace  Fox, JR    on behalf of Attorney   Scott & Kraus, LLC foxhorace@aol.com,
           hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
          James M McArdle    on behalf of Trustee Horace  Fox, JR jmcardle@skcounsel.com
          Jason R. Sleezer    on behalf of Trustee Horace  Fox, JR jsleezer@skcounsel.com,
           rybarra@skcounsel.com
          Jason R. Sleezer    on behalf of Attorney   Scott & Kraus, LLC jsleezer@skcounsel.com,
           rybarra@skcounsel.com
          John O. Noland, Jr    on behalf of Plaintiff Louis  Cato, Jr jnolandjr@comcast.net
          Julie A Boynton    on behalf of Creditor Stanley  Koy jboynton@djohnsonlaw.com
          Julie A Boynton    on behalf of Plaintiff Stanley  Koy jboynton@djohnsonlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 11
```