**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 05-16598 |
| | § | |
| RICK ALLAN WHITE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)       All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)       A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $5,100.00 | Assets Exempt: | $2,145.00 |
| Total Distributions to Claimants: | $206,647.76 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $96,118.93 | | |

3)       Total gross receipts of $302,766.69 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $302,766.69 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $206,647.76 | $206,647.76 | $206,647.76 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $100,866.48 | $98,641.10 | $96,118.93 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $22,541.06 | $22,541.06 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $2,828,921.01 | $5,367,598.90 | $3,598,607.13 | $0.00 |
| **Total Disbursements** | $2,828,921.01 | $5,697,654.20 | $3,926,437.05 | $302,766.69 |

4).  This case was originally filed under chapter 7 on 04/27/2005.  The case was pending for 0 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>12/11/2014</u>              By:   <u>/s/ Horace Fox, Jr.</u>
                                           Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| contingent remainder estate Liela McCafferty | 1149-000 | $299,433.40 |
| Interest Asset | 1270-000 | $3,333.29 |
| **TOTAL GROSS RECEIPTS** | | $302,766.69 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1B | Illinois Department of Revenue | 4800-000 | $0.00 | $15,100.06 | $15,100.06 | $15,100.06 |
| 3B | Department of the Treasury - IRS | 4800-070 | $0.00 | $191,547.70 | $191,547.70 | $191,547.70 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $206,647.76 | $206,647.76 | $206,647.76 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Trustee | 2100-000 | NA | $18,388.33 | $18,388.33 | $17,827.54 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | $182.52 | $182.52 | $182.52 |
| International Sureties, LTD. | 2300-000 | NA | $1,428.36 | $1,428.36 | $1,428.36 |
| Green Bank | 2600-000 | NA | $12,744.40 | $12,744.40 | $12,744.40 |
| Gene Kraus, Attorney for Trustee | 3210-000 | NA | $66,539.20 | $64,313.82 | $62,352.44 |
| Scott Kraus, LLC, Attorney for Trustee | 3220-000 | NA | $1,583.67 | $1,583.67 | $1,583.67 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $100,866.48 | $98,641.10 | $96,118.93 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | Illinois Department of Revenue | 5800-000 | $0.00 | $86.00 | $86.00 | $0.00 |
| 3A | Department of the Treasury - IRS | 5800-000 | $0.00 | $22,455.06 | $22,455.06 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $22,541.06 | $22,541.06 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Illinois Department of Revenue | 7100-000 | $30,000.00 | $7,822.13 | $7,822.13 | $0.00 |
| 2 | eCAST Settlement Corporation, assignee of | 7100-000 | $0.00 | $865.01 | $865.01 | $0.00 |
| 3 | Department of the Treasury - IRS | 7100-000 | $250,000.00 | $256,340.86 | $256,340.86 | $0.00 |
| 4 | Stanley A. Koy | 7100-000 | $2,500,000.00 | $2,413,349.00 | $2,413,349.00 | $0.00 |
| 5 | Luis Cato aka Lewis Cato, agent | 7100-000 | $10,000.00 | $523,682.19 | $0.00 | $0.00 |
| 6 | Franklyn Philip, 222 Stanhop Dr., Willowbrook IL 60527 | 7100-000 | $1,500.00 | $1,600.00 | $0.00 | $0.00 |
| 7 | Collen Gold, attorney Forest Ingram PC, 79 W. Monroe st # 1210 Chgo IL 60603 | 7200-000 | $2,500.00 | $250,000.00 | $0.00 | $0.00 |
| 8 | Lewis Cato, attorney Friedman & Wexler | 7100-000 | $10,000.00 | $496,854.79 | $0.00 | $0.00 |
| 9 | Lewis Cato, attorne, Friedman & Wexler | 7100-000 | $0.00 | $496,854.79 | $0.00 | $0.00 |
| 10 | Lewis Cato, Friedman & Wexler | 7200-000 | $0.00 | $496,854.79 | $496,854.79 | $0.00 |
| 11 | Luis Catoc/o Jeffry M. Landry, attorney | 7200-000 | $0.00 | $423,375.34 | $423,375.34 | $0.00 |
| | AMERICAN LEGAL FORMS | 7100-000 | $40.00 | $0.00 | $0.00 | $0.00 |
| | ASSURION INTERNAL | 7100-000 | $203.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| MEDICINE | | | | | |
| AT&T | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| CAROLYN HOGAN | 7100-000 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| CHERYL GEIST | 7100-000 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| CHICAGO TRIBUNE | 7100-000 | $102.90 | $0.00 | $0.00 | $0.00 |
| COMED | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| DANIEL BOBO | 7100-000 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| DELL FINANCIAL | 7100-000 | $600.00 | $0.00 | $0.00 | $0.00 |
| FEDEX | 7100-000 | $30.11 | $0.00 | $0.00 | $0.00 |
| Household credit services | 7100-000 | $900.00 | $0.00 | $0.00 | $0.00 |
| JOHN GREY | 7100-000 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| JOHNNY MIMS | 7100-000 | $2,500.00 | $0.00 | $0.00 | $0.00 |
| LAKE COUNTY MENTAL HEALTH | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| LAW BULLETIN | 7100-000 | $225.00 | $0.00 | $0.00 | $0.00 |
| LUIS PEREZ | 7100-000 | $2,500.00 | $0.00 | $0.00 | $0.00 |
| MPOWER | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| PATRICIA WARD | 7100-000 | $800.00 | $0.00 | $0.00 | $0.00 |
| PEOPLES GAS | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| ROBERT WILLIAMS | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| SBC | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| SPHERION | 7100-000 | $95.00 | $0.00 | $0.00 | $0.00 |
| SULLIVANS | 7100-000 | $125.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $2,828,921.01 | $5,367,598.90 | $3,598,607.13 | $0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1        Exhibit 8

| | |
|---|---|
| Case No.: | 05-16598 |
| Case Name: | WHITE, RICK ALLAN |
| For the Period Ending: | 12/11/2014 |

| | |
|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Date Filed (f) or Converted (c): | 04/27/2005 (f) |
| §341(a) Meeting Date: | 05/26/2005 |
| Claims Bar Date: | 11/15/2005 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1 cash | $100.00 | $0.00 | | $0.00 | FA |
| 2 checking account | $45.00 | $0.00 | | $0.00 | FA |
| 3 Household Goods | $2,500.00 | $2,000.00 | | $0.00 | FA |
| 4 clothes | $1,000.00 | $0.00 | | $0.00 | FA |
| 5 2 watches | $100.00 | $100.00 | | $0.00 | FA |
| 6 golf clubs | $100.00 | $100.00 | | $0.00 | FA |
| 7 1/3 of fathers estate | $0.00 | $1,000.00 | | $0.00 | FA |
| **Asset Notes:** Asked J. McArdle to proceed on any interest the debtor may have in his father's estate.  Reviewed the 2004 transcript.  Debtor took nothing from father's estate, but a trust was discovered and will be investigated. | | | | | |
| 8 contingent remainder estate Liela McCafferty | $0.00 | $299,433.40 | | $299,433.40 | FA |
| **Asset Notes:** contingent remainder in the estate of Liela McCafferty 6055 N. Kilpatrick Chgo IL 60646 | | | | | |
| 9 1996 Mercedes C-220 | $3,000.00 | $2,000.00 | | $0.00 | FA |
| **Asset Notes:** debtor left the jurisdiction, presumably with the vehicle. | | | | | |
| 10 office equipment | $400.00 | $400.00 | | $0.00 | FA |
| 11 McAfferty  Real Estate/6055 Kilpatrick Chicago   **(u)** IL 60646 | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** Debtor lived in deceased's real estate and it was sold.  The disribtuion from the estate represents 22% of the total probate estate.  I need to apportion the distribution between the unscheduled real estate at | | | | | |
| 12 VOID | $0.00 | $0.00 | | $0.00 | FA |
| 13 VOID | $0.00 | $0.00 | | $0.00 | FA |
| 14 possible interest in trust, discovered as we   **(u)** investigated debtor's interest in his fathers probate estate | $0.00 | $100.00 | | $0.00 | FA |
| **Asset Notes:** subpoena issued to trustee and bank.  2004 exam set for 4.14.12  It has been confirmed that debtor was due anything from the White family trust.  See Magnason e-mail of 2.19.14 and declaration, docket 121 indicating no distribution has been made to debtor and that he is due nothing. | | | | | |
| INT Interest Asset   **(u)** | Unknown | Unknown | | $3,333.29 | FA |

| | | | | | |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $7,245.00 | $305,133.40 | | $302,766.69 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   2          Exhibit 8

| | |
|---|---|
| **Case No.:** | 05-16598 |
| **Case Name:** | WHITE, RICK ALLAN |
| **For the Period Ending:** | 12/11/2014 |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Date Filed (f) or Converted (c):** | 04/27/2005 (f) |
| **§341(a) Meeting Date:** | 05/26/2005 |
| **Claims Bar Date:** | 11/15/2005 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

Attorney fees reduced by 1196.00.  That amount should be distributed to 2 secured creditors as interest since each secured claim will be paid 100%.  10.21.2014

Final report submitted UST 8.15.14.

Accountant, Lois West employed, 2.4.14  Need affidavit re White trust.  Declaration re: White trust filed 2.20.14.

Informed by my attorney that debtor was entitled to nothing from the trust and took nothing from the trust.  Confirm by affidavit. 11.20.13

| Case No.: | 05-16598 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | WHITE, RICK ALLAN | | | Date Filed (f) or Converted (c): | 04/27/2005 (f) |
| For the Period Ending: | 12/11/2014 | | | §341(a) Meeting Date: | 05/26/2005 |
| | | | | Claims Bar Date: | 11/15/2005 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Motion for 2004 examinnation and subpoenas to the trustee and the banks Bank of America and Harris.  2.23.11

Have subpoenaed the bank in the trust to determine if debtor took any value from the trust.  There was previously an objection to the discovery and the subpoena.  We will attempt a telephonic examination, to resolve the objection and the cost issue.  The subpoena has been reissued to determine if debtor took any thing from the Harris Bank Trust. 12.23.11

Tentative date for telephonic examination to determine if debtor took under the trust is 4.14.12. 3.11.12

E-mailed Mr. Sleezer re trust phone examination 4.7.12

E-mailed UST re use of thier video facility in CA for the 2004 exam and informed Mr. Sleezer of availablility.5.2.12

Ms. Silver to provide contact info to J. Sleezer to set up 2004 exam using the closest California office week of 6.18.12  follow-up as to date exam to be conducted. 5.24.12

California 2004 exam cancelled. Now rest for September, in person in Boston. 7.30.12

Sent e-mail to Mr. Sleezer on status of setting the deposition of the trust and Mr. White, who is resisting the 2004 exam.  10.05.12

Have received some of the document for the 2004.  Looking to take video 2004 second week of December re: whether debtor was due funds from trust. 11.30.12

Status report requested on receipt of documents and date for 2004 exam. 1.6.13

Partial document production, 2004 yet to be scheduled. 1.14.13

Motion for authority to serve subpoena on Raymond James Financial Services Inc., and Highpoint Partners LLC set for 2.6.13.  Some documents have been produced, but not all that have been requested. 1.26.13

Order granted allowing issuance of service of subpoena on trust. 2.27.13

Attorney for trust agreed to 2004. ask that it be held in CA UST office 5.9.13

Have only partial compliace with subpoenas issued to White and the financial institution 7.29.13  Do not interrupt filing of or continuance of motion to compel.

Got conditional response to subpoena, subject to payment of 120.00 fee for research( attorney to review and collect docs and paralegal, file and case mgmt).  Noted that subpoena

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No:    4                Exhibit 8

| Case No.: | 05-16598 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | WHITE, RICK ALLAN | | | Date Filed (f) or Converted (c): | 04/27/2005 (f) |
| For the Period Ending: | 12/11/2014 | | | §341(a) Meeting Date: | 05/26/2005 |
| | | | | Claims Bar Date: | 11/15/2005 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

directed to incorrect entity and must be directed to Raymond James Fin Svcs Inc.,

After collection there will be a second invoice, copy, research and delivery overnight. May take up to 30 days after payment both invoices and receipt of corrected subpoena. 8.15.13

One of two financial institutions have responded to the subpoena for documents regarding the Jack White trust. 9.5.13
Must determine value of 1/3 interest of debtor's father's probate estate.

5.22.10 2004 exam of dtr to learn details of father's probate needed.

Debtor has not had contact with ARDC for 5 years, no new address. Search probate records for father's estate. Get debtor's dob from ARDC 6.13.10

Spoke to attorney Gen Kraus and provided him with my notes on the 2004 exam re: debtor's father Jack who died 2.1.02 in Delray FL. 10.11.10

Have followed up on the attorneys with whom White used to office, they did not handle a probate. Have also checked with the Florida probate court to see if there is/was probate opened. 12.20.10 for claims objections, appt of accountant and fees.

Probate file in Fl found is enroute to Scott & Kraus to determine what if anything debtor took from the probate estate of his father. 12.17.10

Attorney, Justin London, proposed attorney for creditor Cato, called saying that Cato wanted to retain London to sue me. Cato alleged that I knew where debtor had secreted 1-2 million in treasury notes. Had long conversation and reviewed the file and asked him to provide me with proof of any assets debtor was hiding. 12.17.10

Claims objections have been filed. Apparently debtor did not take under the will, but the investigation did disclose an '03 trust. Must determine if debtor took under the trust. Suboenas will be issued second week of January 2011.

Instructed counsel to reissue subpoena to which there was objection to determine if debtor took any money from Harris Bank Trust. 9.11
1/3 of fathers' estate is still open and to be administered.

Need to administer father's estate share. Asked Eugene Kraus to research the value of the probate interest.
recieved final distribution from the L. McCafferty estate in amount of $383.69. Must proceed with the White probate estate.

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:    5          Exhibit 8

| Case No.: | 05-16598 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | WHITE, RICK ALLAN | | Date Filed (f) or Converted (c): | 04/27/2005 (f) |
| For the Period Ending: | 12/11/2014 | | §341(a) Meeting Date: | 05/26/2005 |
| | | | Claims Bar Date: | 11/15/2005 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Debtor, former attorney, is the administrator in two estates, the McCafferty estate worth $1.4 million and his father's estate.   The McCafferty reak estate is worth approximately $750,000.00.  I participated in a mediation, in circuit court in an attempt to settle the McCafferty matter, because there is a will contest, contestants are a  4 couples, one of which is a sitting State Court Judge.  This estate could be bled dry by the four couples, who are contesting the most recent will.  The people who benefited from the most recent will are, the debtor and an accountant that he brought into the case.  We proposed a settlement in which the administrator, White, and his attorneys ( paid by the probate estate) would be removed. Since there are 20 plus charities in the new will ( none were in the old will) we intend to reduce the percentage to charities to fund certain specific bequests and monies to the contesting 4 couples.    Negotiate with participants further.  Second motion to approve settlement filed.  Consider action against debtor for waste ( lived in McCafferty home/paid no rent). Have received distribution from the McAfertty probate estate.  Pursue debtor's father's estate.

Initial Projected Date Of Final Report (TFR):    02/28/2014          Current Projected Date Of Final Report (TFR):    05/14/2014          /s/ HORACE FOX, JR.

HORACE FOX, JR.

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1                                    Exhibit 9

| | |
|---|---|
| Case No. | 05-16598 |
| Case Name: | WHITE, RICK ALLAN |
| Primary Taxpayer ID #: | **-***4519 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 4/27/2005 |
| For Period Ending: | 12/11/2014 |

| | |
|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Bank Name: | Green Bank |
| Checking Acct #: | ******9801 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $258,570.45 | | $258,570.45 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $94.21 | $258,476.24 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $417.10 | $258,059.14 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $429.86 | $257,629.28 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $388.91 | $257,240.37 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $401.71 | $256,838.66 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $414.46 | $256,424.20 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $413.79 | $256,010.41 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $247.26 | $255,763.15 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $386.27 | $255,376.88 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $425.39 | $254,951.49 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $384.87 | $254,566.62 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $410.79 | $254,155.83 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $410.13 | $253,745.70 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $396.26 | $253,349.44 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $448.39 | $252,901.05 |
| 09/13/2012 | 5002 | Horace Fox, Jr. Trustee | order of 9.12.12 allowed 21,662.50  maximum compensation 18221.65 | 2100-000 | | $12,000.00 | $240,901.05 |
| 09/13/2012 | 5003 | Scott & Kraus, LLC | Attorney for trustee fees. | 3210-000 | | $13,074.00 | $227,827.05 |
| 09/13/2012 | 5004 | Scott Kraus, LLC | Attorneys for trustee expenses | 3220-000 | | $1,334.58 | $226,492.47 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $341.19 | $226,151.28 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $364.94 | $225,786.34 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $376.10 | $225,410.24 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $340.27 | $225,069.97 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $363.19 | $224,706.78 |
| 02/05/2013 | 5005 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $266.57 | $224,440.21 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $327.28 | $224,112.93 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $361.65 | $223,751.28 |
| | | | **SUBTOTALS** | | $258,570.45 | $34,819.17 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-16598 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | WHITE, RICK ALLAN | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4519 | | Checking Acct #: | ******9801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 4/27/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/11/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $349.41 | $223,401.87 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $383.76 | $223,018.11 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $325.05 | $222,693.06 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $359.35 | $222,333.71 |
| 08/15/2013 | 5006 | Horace Fox | Trustee's First Interim Fees- Order appoving entered 9/12/12- Check was voided and re-issued in the correct amount of 5k | 2100-000 | | $21,662.50 | $200,671.21 |
| 08/15/2013 | 5006 | VOID: Horace Fox | Trustee's First Interim Fees- Order approving entered 9/12/12 | 2100-003 | | ($21,662.50) | $222,333.71 |
| 08/15/2013 | 5007 | Horace Fox | Trustee's First Interim Fees- Order approving entered 9/12/12 | 2100-000 | | $5,000.00 | $217,333.71 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $378.02 | $216,955.69 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $316.22 | $216,639.47 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $349.59 | $216,289.88 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $349.02 | $215,940.86 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $337.22 | $215,603.64 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $370.36 | $215,233.28 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $313.70 | $214,919.58 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $324.44 | $214,595.14 |
| 04/01/2014 | 5008 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $182.52 | $214,412.62 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $334.90 | $214,077.72 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $356.60 | $213,721.12 |
| 10/23/2014 | 5009 | Horace Fox | Trustee Compensation | 2100-000 | | $827.54 | $212,893.58 |
| 10/23/2014 | 5010 | Gene Kraus | Attorney for Trustee Fees (Other Firm) | 3210-000 | | $6,245.82 | $206,647.76 |
| 10/23/2014 | 5011 | Illinois Department of Revenue | Final  Account Number: ; Claim #: 1; Dividend: 7.06; Amount Allowed: 15,100.06;  Notes: (1-1) Illinois Income Tax,secured, claim objection filed as to 1 a only. Objection denied.; Account Number: ; Distribution Dividend: {$v | 4800-000 | | $15,100.06 | $191,547.70 |
| | | | **SUBTOTALS** | | $0.00 | $32,203.58 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3          Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 05-16598 | **Trustee Name:** Horace Fox, Jr. |
| **Case Name:** | WHITE, RICK ALLAN | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***4519 | **Checking Acct #:** ******9801 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** DDA |
| **For Period Beginning:** | 4/27/2005 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 12/11/2014 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/23/2014 | 5012 | Department of the Treasury - IRS | Final  Account Number: ; Claim #: 3; Dividend: 89.62; Amount Allowed: 191,547.70;  Notes: ; Account Number: ; Distribution Dividend: {$v | 4800-070 | | $191,547.70 | $0.00 |
| | | | **TOTALS:** | | $258,570.45 | $258,570.45 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $258,570.45 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $258,570.45 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $258,570.45 | |

| For the period of  4/27/2005 to 12/11/2014 | | For the entire history of the account between 07/25/2011 to 12/11/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $258,570.45 | Total Internal/Transfer Receipts: | $258,570.45 |
| | | | |
| Total Compensable Disbursements: | $258,570.45 | Total Compensable Disbursements: | $258,570.45 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $258,570.45 | Total Comp/Non Comp  Disbursements: | $258,570.45 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 05-16598 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | WHITE, RICK ALLAN | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***4519 | | | Certificate of Deposits Acct #: | ******3722 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Certificate of Deposit |
| For Period Beginning: | 4/27/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/11/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/18/2007 | | Transfer From Acct# ******6598 | Transfer to Open CD **3722 | 9999-000 | $298,213.26 | | $298,213.26 |
| 01/22/2008 | | Transfer To Acct# ******6598 | Transfer to Cover Checks, 43,032.62 fee Kraus, and expenses 249.09, total 43,281.71 | 9999-000 | | $43,281.71 | $254,931.55 |
| 02/16/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $531.01 | | $255,462.56 |
| 04/08/2008 | (8) | Estate Of Lela McCafferty Deceased Theodore Rodes, Jr. Special Admin. | final distribution from probate estate of L. McCafferty | 1149-000 | $383.69 | | $255,846.25 |
| 04/16/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $314.14 | | $256,160.39 |
| 06/15/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $294.75 | | $256,455.14 |
| 08/14/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $289.47 | | $256,744.61 |
| 10/13/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $211.02 | | $256,955.63 |
| 12/12/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $211.19 | | $257,166.82 |
| 02/10/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $190.23 | | $257,357.05 |
| 04/11/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $130.08 | | $257,487.13 |
| 06/10/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $105.81 | | $257,592.94 |
| 08/09/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $105.85 | | $257,698.79 |
| 10/08/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $84.72 | | $257,783.51 |
| 12/07/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $84.75 | | $257,868.26 |
| 02/05/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $84.77 | | $257,953.03 |
| 04/06/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $169.61 | | $258,122.64 |
| 06/05/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $84.86 | | $258,207.50 |
| 08/04/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $64.37 | | $258,271.87 |
| 10/03/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $21.22 | | $258,293.09 |
| 12/02/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $21.22 | | $258,314.31 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $21.23 | | $258,335.54 |
| 04/01/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $21.22 | | $258,356.76 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $21.23 | | $258,377.99 |
| 07/21/2011 | (INT) | STERLING BANK | Account Closing Interest As Of 7/21/2011 | 1270-000 | $18.05 | | $258,396.04 |
| 07/21/2011 | | Transfer To: MMA # ******6598 | Transfer to Close Account | 9999-000 | | $258,396.04 | $0.00 |
| | | | **SUBTOTALS** | | $301,677.75 | $301,677.75 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-16598 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | WHITE, RICK ALLAN | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***4519 | | | Certificate of Deposits Acct #: | ******3722 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Certificate of Deposit |
| For Period Beginning: | 4/27/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/11/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $301,677.75 | $301,677.75 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $298,213.26 | $301,677.75 | |
| | | | **Subtotal** | | $3,464.49 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,464.49 | $0.00 | |

| For the period of 4/27/2005 to 12/11/2014 | | For the entire history of the account between 12/18/2007 to 12/11/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,464.49 | Total Compensable Receipts: | $3,464.49 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,464.49 | Total Comp/Non Comp Receipts: | $3,464.49 |
| Total Internal/Transfer Receipts: | $298,213.26 | Total Internal/Transfer Receipts: | $298,213.26 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $301,677.75 | Total Internal/Transfer Disbursements: | $301,677.75 |

Page No: 6          Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-16598 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | WHITE, RICK ALLAN | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | **-***4519 | Money Market Acct #: | ******8453 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MONEY MARKET |
| For Period Beginning: | 4/27/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/11/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/24/2007 | (8) | EST. OF LELA MCCAFFERTY DECEASED | probate estate(incl re sale) | 1149-000 | $275,000.00 | | $275,000.00 |
| 10/31/2007 | (INT) | BANK OF AMERICA | OCTOBER 2007 INTEREST | 1270-000 | $16.61 | | $275,016.61 |
| 11/08/2007 | (INT) | BANK OF AMERICA | Interest Earned For November 2007 | 1270-000 | $34.28 | | $275,050.89 |
| 11/08/2007 | | Sterling Bank | Transfer Funds | 9999-000 | | $275,050.89 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **TOTALS:** | | | $275,050.89 | $275,050.89 | $0.00 |
| | | **Less: Bank transfers/CDs** | | | $0.00 | $275,050.89 | |
| | | **Subtotal** | | | $275,050.89 | $0.00 | |
| | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | **Net** | | | $275,050.89 | $0.00 | |

| For the period of  4/27/2005 to 12/11/2014 | | For the entire history of the account between 10/24/2007 to 12/11/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $275,050.89 | Total Compensable Receipts: | $275,050.89 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $275,050.89 | Total Comp/Non Comp Receipts: | $275,050.89 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 | Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $275,050.89 | Total Internal/Transfer  Disbursements: | $275,050.89 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 05-16598 |
| Case Name: | WHITE, RICK ALLAN |
| Primary Taxpayer ID #: | **-***4519 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 4/27/2005 |
| For Period Ending: | 12/11/2014 |

| | |
|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Bank Name: | STERLING BANK |
| Checking Acct #: | ******6598 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/22/2008 | | Transfer From  Acct#**3722 | Transfer to Cover Checks | 9999-000 | $43,281.71 | | $43,281.71 |
| 01/22/2008 | 1 | Scott Kraus, LLC | Fees for Order Entered December 19, 2007 fees and expenses | 3210-000 | | $43,032.62 | $249.09 |
| 01/22/2008 | 2 | Scott Krause, LLC. | Expenses for order entered December 19, 2007 | 3220-000 | | $249.09 | $0.00 |
| 04/02/2008 | | Transfer From MMA # ******6598 | Transfer For Bond Payment | 9999-000 | $273.86 | | $273.86 |
| 04/02/2008 | 3 | International Sureties, LTD. | Bond Payment | 2300-000 | | $273.86 | $0.00 |
| 04/02/2009 | | Transfer From MMA # ******6598 | Transfer For Bond Payment | 9999-000 | $187.27 | | $187.27 |
| 04/02/2009 | | Transfer From MMA # ******6598 | Transfer For Bond Payment | 9999-000 | $187.27 | | $374.54 |
| 04/02/2009 | | Transfer To Acct#******6598 | transfer back to money market of dup $ 187.27 | 9999-000 | | $187.27 | $187.27 |
| 04/02/2009 | 4 | International Sureties, LTD. | Bond Payment | 2300-000 | | $187.27 | $0.00 |
| 04/02/2009 | 4 | VOID: International Sureties, LTD. | voided check to bond co. Int'l Sureties | 2300-003 | | ($187.27) | $187.27 |
| 04/02/2009 | 5 | International Sureties, LTD. | Bond Payment | 2300-000 | | $187.27 | $0.00 |
| 04/28/2010 | | Transfer From MMA # ******6598 | Transfer For Bond Payment | 9999-000 | $221.75 | | $221.75 |
| 04/28/2010 | 6 | International Sureties, LTD. | Bond Payment | 2300-000 | | $221.75 | $0.00 |
| 03/02/2011 | | Transfer From MMA # ******6598 | Transfer For Bond Payment | 9999-000 | $231.65 | | $231.65 |
| 03/02/2011 | 7 | International Sureties, Ltd. | Bond Payment - No. 01-6026455 | 2300-000 | | $231.65 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | **SUBTOTALS** | $44,383.51 | $44,383.51 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 05-16598 | | | Trustee Name: | | Horace Fox, Jr. |
| Case Name: | WHITE, RICK ALLAN | | | Bank Name: | | STERLING BANK |
| Primary Taxpayer ID #: | **-***4519 | | | Checking Acct #: | | ******6598 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | |
| For Period Beginning: | 4/27/2005 | | | Blanket bond (per case limit): | | $5,000,000.00 |
| For Period Ending: | 12/11/2014 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $44,383.51 | $44,383.51 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $44,383.51 | $187.27 | |
| | | | **Subtotal** | | $0.00 | $44,196.24 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $44,196.24 | |

| For the period of 4/27/2005 to 12/11/2014 | | For the entire history of the account between 01/18/2008 to 12/11/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $44,383.51 | Total Internal/Transfer Receipts: | $44,383.51 |
| | | | |
| Total Compensable Disbursements: | $44,196.24 | Total Compensable Disbursements: | $44,196.24 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $44,196.24 | Total Comp/Non Comp Disbursements: | $44,196.24 |
| Total Internal/Transfer Disbursements: | $187.27 | Total Internal/Transfer Disbursements: | $187.27 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 05-16598 | | | **Trustee Name:** | Horace Fox, Jr. | |
| **Case Name:** | WHITE, RICK ALLAN | | | **Bank Name:** | STERLING BANK | |
| **Primary Taxpayer ID #:** | **-***4519 | | | **Money Market Acct #:** | ******6598 | |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | MMA | |
| **For Period Beginning:** | 4/27/2005 | | | **Blanket bond (per case limit):** | $5,000,000.00 | |
| **For Period Ending:** | 12/11/2014 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $275,050.89 | | $275,050.89 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $112.66 | | $275,163.55 |
| 12/14/2007 | (8) | Theodore Rodes, Jr. Special Admin. | distribution, McCafferty probate estate | 1149-000 | $24,049.71 | | $299,213.26 |
| 12/18/2007 | | Transfer To Acct#******6598 | Transfer to Open CD **3722 | 9999-000 | | $298,213.26 | $1,000.00 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $83.53 | | $1,083.53 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.52 | | $1,084.05 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.43 | | $1,084.48 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.42 | | $1,084.90 |
| 04/02/2008 | | Transfer To # ******6598 | Transfer For Bond Payment | 9999-000 | | $273.86 | $811.04 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.27 | | $811.31 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.27 | | $811.58 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.27 | | $811.85 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.26 | | $812.11 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.21 | | $812.32 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.20 | | $812.52 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.16 | | $812.68 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.10 | | $812.78 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.09 | | $812.87 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.07 | | $812.94 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.06 | | $813.00 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.05 | | $813.05 |
| 04/02/2009 | | Transfer From Acct#******6598 | transfer money market to checking for bond payment | 9999-000 | $187.27 | | $1,000.32 |
| 04/02/2009 | | Transfer To # ******6598 | Transfer For Bond Payment | 9999-000 | | $187.27 | $813.05 |
| 04/02/2009 | | Transfer To # ******6598 | Transfer For Bond Payment | 9999-000 | | $187.27 | $625.78 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.03 | | $625.81 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.03 | | $625.84 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.03 | | $625.87 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.03 | | $625.90 |
| | | | **SUBTOTALS** | | $299,487.56 | $298,861.66 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 05-16598 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | WHITE, RICK ALLAN | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***4519 | | | Money Market Acct #: | ******6598 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MMA |
| For Period Beginning: | 4/27/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/11/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.03 | | $625.93 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.03 | | $625.96 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.03 | | $625.99 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.03 | | $626.02 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.03 | | $626.05 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.03 | | $626.08 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.02 | | $626.10 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.03 | | $626.13 |
| 04/28/2010 | | Transfer To # ******6598 | Transfer For Bond Payment | 9999-000 | | $221.75 | $404.38 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.02 | | $404.40 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.02 | | $404.42 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.02 | | $404.44 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.02 | | $404.46 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.02 | | $404.48 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.02 | | $404.50 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.02 | | $404.52 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.02 | | $404.54 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.02 | | $404.56 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.02 | | $404.58 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.02 | | $404.60 |
| 03/02/2011 | | Transfer To # ******6598 | Transfer For Bond Payment | 9999-000 | | $231.65 | $172.95 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.01 | | $172.96 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.01 | | $172.97 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.01 | | $172.98 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.01 | | $172.99 |
| 07/21/2011 | | Transfer From: Certificate of Deposit # **3722 | Transfer to Close Account | 9999-000 | $258,396.04 | | $258,569.03 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $1.42 | | $258,570.45 |
| | | | **SUBTOTALS** | | $258,397.95 | $453.40 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 05-16598 | | | **Trustee Name:** | | Horace Fox, Jr. |
| **Case Name:** | WHITE, RICK ALLAN | | | **Bank Name:** | | STERLING BANK |
| **Primary Taxpayer ID #:** | **-***4519 | | | **Money Market Acct #:** | | ******6598 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | MMA |
| **For Period Beginning:** | 4/27/2005 | | | **Blanket bond (per case limit):** | | $5,000,000.00 |
| **For Period Ending:** | 12/11/2014 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $258,570.45 | $0.00 |
| | | | **TOTALS:** | | $557,885.51 | $557,885.51 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $533,634.20 | $557,885.51 | |
| | | | **Subtotal** | | $24,251.31 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $24,251.31 | $0.00 | |

| For the period of 4/27/2005 to 12/11/2014 | | For the entire history of the account between 11/08/2007 to 12/11/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $24,251.31 | Total Compensable Receipts: | $24,251.31 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,251.31 | Total Comp/Non Comp Receipts: | $24,251.31 |
| Total Internal/Transfer Receipts: | $533,634.20 | Total Internal/Transfer Receipts: | $533,634.20 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $557,885.51 | Total Internal/Transfer Disbursements: | $557,885.51 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-16598 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | WHITE, RICK ALLAN | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***4519 | | Money Market Acct #: | ******6598 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 4/27/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/11/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | $302,766.69 | $302,766.69 | $0.00 |

| For the period of 4/27/2005 to 12/11/2014 | | For the entire history of the case between 04/27/2005 to 12/11/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $302,766.69 | Total Compensable Receipts: | $302,766.69 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $302,766.69 | Total Comp/Non Comp Receipts: | $302,766.69 |
| Total Internal/Transfer Receipts: | $1,134,801.42 | Total Internal/Transfer Receipts: | $1,134,801.42 |
| | | | |
| Total Compensable Disbursements: | $302,766.69 | Total Compensable Disbursements: | $302,766.69 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $302,766.69 | Total Comp/Non Comp Disbursements: | $302,766.69 |
| Total Internal/Transfer Disbursements: | $1,134,801.42 | Total Internal/Transfer Disbursements: | $1,134,801.42 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.